PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2022

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Miller, Tiare Aqua Leilani ) | Case No. 1:22CR02048-MKD-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

An initial detention hearing was held on May 24, 2022, before the Honorable Mary K. Dimke, U.S. District Judge. At that time, the Government's motion for detention was denied, and Ms. Miller was released on pretrial conditions (ECF No. 25). However, Ms. Miller violated her conditions of pretrial release, and the Court revoked her pretrial release status at a hearing held on July 8, 2022 (ECF No. 36). At that time, the Court ordered Ms. Miller be detained until a bed date for inpatient treatment was available. Ms. Miller subsequently secured a bed date and was released to inpatient treatment at American Behavioral Health Services. Ms. Miller successfully completed inpatient treatment and a hearing was held on September 12, 2022, before Your Honor, in which Ms. Miller was placed back onto pretrial supervision with location monitoring and restrictions pertaining to exclusion zones (ECF No. 51).

On October 5, 2022, Ms. Miller entered into a deferred prosecution agreement for 18 months (ECF No. 54). The deferred prosecution agreement is set to expire April 5, 2024.

Since September 12, 2022, Ms. Miller has maintained compliance. Based on her compliance, this officer respectfully recommends modification of her release conditions as noted below.

I, Tiare Miller, have discussed with Linda J. Leavitt, United States Probation Officer, the modification of my pretrial release as follows:

**Removal of the following special condition:**

Special Condition #10 (ECF No. 51): Defendant shall participate in a program of GPS (satellite) or Radio Frequency (cellular or land line) location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

Special Condition #11 (ECF No. 51): Defendant shall not enter exclusion zones, which shall be determined by United States Probation/Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

| _Tiare Miller_ | 10/25/22 | _[signature]_ | 10/25/2022 |
|---|---|---|---|
| Tiare miller (Oct 25, 2022 13:50 PDT) | | | |
| Signature of Defendant | Date | United States Probation Officer | Date |
| Tiare Miller | | Linda J. Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_     10/25-/22
Signature of Defense Counsel     Date

Troy Lee

[X] The above modification of conditions of release is ordered, to be effective on 10/31/2022.

[ ] The above modification of conditions of release is not ordered.

_MKDimke_     10/27/2022
Signature of Judicial Officer     Date

~~Alex C. Ekstrom~~
~~U.S. Magistrate Judge~~

Mary K. Dimke
U.S. District Judge