FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIARE AQUA LEILANI MILLER,<br><br>Defendant. | No. 1:22-CR-02048-MKD<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 58** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 58.  The United States moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the Indictment dated May 5, 2022, ECF No. 1.  Fed. R. Crim. P. 48(a) allows the United States to dismiss an indictment with leave of court.  The Court has reviewed the record and the motion and finds good cause to grant leave to dismiss the Indictment.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, **ECF No. 58**, is **GRANTED**.

ORDER - 1

2. The Indictment, **ECF No. 1**, is **DISMISSED with prejudice.**

3. All pending motions, if any, are **DENIED as moot.**

4. All pending hearing and trial dates, including the April 9, 2024 Status hearing, are **STRICKEN.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies to all counsel and the United States Probation Office, and **CLOSE** this case.

DATED April 8, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2